**Order entered December 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00861-CR
## No. 05-20-00862-CR

**RAYAN DHANES GANESH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F16-76113-S & F16-76111-S**

### ORDER

Before the Court is appellant's December 18, 2020 first motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by January 19, 2021.

/s/     LANA MYERS
        JUSTICE